# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SRW WELLNESS, LLC, et al., | Case No. 1:25-cv-01402-KES-SAB |
|---|---|
| Plaintiffs, | ORDER REGARDING STIPULATION TO EXTEND DEFENDANT AMERICAN BANCARD, LLC'S TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| FFB BANK, et al., | (ECF No. 9) |
| Defendants. | |

Before the Court is the parties' stipulation to extend the time in which Defendant American Bancard LLC may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant American Bancard LLC shall have through January 5, 2026, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **December 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge