# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRW WELLNESS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FFB BANK, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-01402-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANT FFB BANK'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 11) |

Before the Court is the parties' second stipulation for an extension of time in which Defendant FFB Bank may file a responsive brief. (ECF No. 11.) The parties have informed the Court that the parties are currently engaged in good-faith settlement discussions aimed at resolving this matter in its entirety. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant FFB Bank shall have through **January 16, 2026,** to answer or otherwise respond to the complaint. Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **December 17, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge