# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRW WELLNESS, LLC, et al., | Case No. 1:25-cv-01402-KES-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND DEFENDANT FFB BANK'S TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| FFB BANK, et al., | (ECF No. 13) |
| Defendants. | |

Before the Court is the parties' third stipulation to extend the time in which Defendant FFB Bank may file a responsive brief. (ECF No. 13.) The parties have informed the Court that they are currently engaged in good-faith settlement discussions aimed at resolving this matter in its entirety. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant FFB Bank shall have through **February 17, 2026**, to answer or otherwise respond to the complaint. Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge