# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRW WELLNESS, LLC, et al., | Case No. 1:25-cv-01402-KES-SAB |
| Plaintiffs, | ORDER REGARDING SECOND STIPULATION TO EXTEND DEFENDANT AMERICAN BANCARD, LLC'S TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| FFB BANK, et al., | (ECF No. 15) |
| Defendants. | |

Before the Court is the parties' second stipulation to extend the time in which Defendant American Bancard LLC may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant American Bancard LLC shall have through February 17, 2026, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: __**January 26, 2026**__

STANLEY A. BOONE
United States Magistrate Judge